**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**JASON ZYGAJ,**

      **Plaintiff,**          **CIVIL ACTION NO. 07-CV-14288-DT**

 **VS.**                      **DISTRICT JUDGE MARIANNE O. BATTANI**

**JENNIFER GRANHOLM,**      **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et al.,**
      **Defendants.**
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO DISCLOSE MORE INFORMATION

Before the Court is Plaintiff's Motion to Disclose More Information filed on December 5, 2007. (Docket no. 10). All pretrial matters have been referred to the undersigned for decision. (Docket no. 6). The Court dispenses with oral argument, and the motion is now ready for ruling.

Plaintiff wishes to make a part of the record in this case more information to support his claims. He attaches copies of tickets, affidavits, and grievances. There is currently no motion, such as one for summary judgment, pending which requires such information. Plaintiff cites Fed. R. Civ. P. 26. However, this action is exempt from the initial disclosure requirements of that Rule because Plaintiff is a state inmate. In short, there is no reason for the information Plaintiff offers to be made a part of the record at this stage of the case. Plaintiff's motion will therefore be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Disclose More Information (docket no. 10) is **DENIED**.

**NOTICE TO THE PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: January 31, 2008            s/ Mona K. Majzoub
                                   MONA K. MAJZOUB
                                   UNITED STATES MAGISTRATE JUDGE


PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Jason Zygaj and Counsel of Record on this date.

Dated: January 31, 2008            s/ Lisa C. Bartlett
                                   Courtroom Deputy